IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION



FILED JUN 2 8 2023

Clerk, U.S. District Court
Texas Eastern

| | |
|---|---|
| JASON CARROLL, § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:21-CV-00392-RSP |
| § | |
| CITY OF JEFFERSON, TEXAS, § | |
| *Defendant*. § | |

# VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

1

## Question No. 1

Do you find that Plaintiff Jason Carroll has shown by a preponderance of the evidence that he was discharged?

YES: ✓　　　　　　　　NO: _____

**ONLY ANSWER THE REMAINING QUESTIONS IF YOU ANSWERED "YES" TO QUESTION 1.**

## Question No. 2

Do you find that Plaintiff Jason Carroll has shown by a preponderance of the evidence that he was denied a name clearing hearing?

YES: _____　　　　　　　　NO: ✓

## Question No. 3

Do you find that Plaintiff Jason Carroll has shown by a preponderance of the evidence that he was discharged in violation of the Texas Open Meetings Act?

YES: ✓　　　　　　　　NO: _____

**ONLY ANSWER QUESTION 4 IF YOU ANSWERED "YES" TO QUESTION 2 OR QUESTION 3.**

**Question No. 4**

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Jason Carroll for damages suffered, if any?

Answer in dollars and cents for the following items:

    a. Past Wages and Benefits

        $ 50,000.00

    b. Future Wages and Benefits

        $ 0.00

    c. Past pain and suffering, inconvenience, mental anguish, loss of enjoyment of life

        $ 0.00

    d. Future pain and suffering, inconvenience, mental anguish, loss of enjoyment of life

        $ 0.00

# FINAL PAGE OF THE JURY VERDICT FORM

You have now reached the end of the Verdict Form and should review it to ensure that it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this __28__ day of June, 2023.