IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JASON CARROLL, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF JEFFERSON, ET. AL., <br><br> Defendants. | Civil Action No. 2:21-cv-00392 |

## ORDER ON TAXABLE COSTS

Came on before the Court the Entry of Plaintiff's Bill of Costs (Dkt. No. 130).. The Court finds that the Plaintiff has documented taxable costs, which the parties have agreed were incurred for items necessarily obtained for use in this case. Based on the foregoing, it is hereby

ORDERED Plaintiff, Jason Carroll is awarded taxable costs in the amount of $5,304.31.

**SIGNED this 10th day of April, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE